IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01939-ZLW-MJW

JOSEPH DETTREY,

    Plaintiff,

v.

VENTUS CAPITAL SERVICES, LP, a Delaware limited partnership,

    Defendant.

_____

ORDER
_____

In consideration of the Notice Of Settlement filed January 4, 2007, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before January 12, 2007.  If by that date settlement papers have not been received by the Court, on January 19, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  5  day of      January     , 2007.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
  ZITA L. WEINSHIENK, Senior Judge
  United States District Court