**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01939-ZLW-MJW

JOSEPH DETTREY,

       Plaintiff,

v.

VENTUS CAPITAL SERVICES, LP, a Delaware limited partnership,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

                       BY THE COURT:

Jan. 17, 2007                      _____
DATE                               U.S. DISTRICT JUDGE